## COOLEY *v.* TYBEE BEACH COMPANY.

*Atkinson, J.*—1. Until the final adjournment of the term at which a judgment by default has been entered, the court has such control thereof that it may, for any legal and satisfactory reason, set the same aside. It follows that even in a court where a final judgment may be rendered at the first term, the judge may, in his discretion and upon a proper showing at such

term, set aside either a judgment by default or a final judgment entered thereon.

2. A final judgment in an action for unliquidated damages cannot, in any case, be lawfully entered without the introduction of evidence showing the amount of damages to which the plaintiff is entitled.                              *Judgment affirmed.*

August 3, 1896.

Motion to set aside judgment.    Before Judge Mac-Donell.    City court of Savannah.    November term, 1895.

*O'Connor & O'Byrne,* for plaintiff.
*Garrard, Meldrim & Newman,* for defendant.